UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-cv-60146-DPG

ANTHONY FALCONE, SANDHIA CLARKE,
RENALD SERAPHIN, ENEIDER E. MORENO,
HILMAR MANUEL RAMOS PADILLA,
PATRICIA SMALL, ROBERT JEAN,
NATASHA SMITH, ROSA MORALES,
and OSCARINA GARCIA LLAMAS,
Individually, and on behalf of
all others similarly situated,

      Plaintiffs,

SILVER AIRWAYS CORP., a foreign profit
corporation, and VICTORY PARK CAPITAL
ADVISORS, LLC, a Delaware Limited Liability
Company,

      Defendants.

_____/

## DEFENDANT VICTORY PARK CAPITAL ADVISORS, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant, Victory Park Capital Advisors, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, states that there are no parent corporations or any publicly held corporations that owns 10% or more of any stock in Victory Park Capital Advisors, LLC.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
*Attorneys for Defendants*
150 W. Flagler Street
Museum Tower, Suite 2200
Miami, FL 33130
Telephone: 305.789.3200
Facsimile: 305.789.3395

s/Andrew L. Rodman
ANDREW L. RODMAN
Florida Bar No. 0192198
arodman@stearnsweaver.com
ROBERT S. TURK
Florida Bar No. 261343
rturk@stearnsweaver.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

s/Andrew L. Rodman
ANDREW L. RODMAN, ESQ.

#4090383 v1

**SERVICE LIST**

*Anthony Falcone, et al. v. Silver Airways Corp., et al.*
CASE NO. 0:15-cv-60146-DPG
United States District Court, Southern District of Florida


Shawn L. Birken, Esq.
Florida Bar No.: 418765
Email: sbirken@birken-law.com
LAW OFFICES OF SHAWN L. BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, FL  33394
Tel: (954) 990-4459
Fax: (954) 990-4469
*Attorneys for Plaintiffs*
*Service via CM/ECF*