UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-cv-60146-DPG

ANTHONY FALCONE, et. al., on his own
behalf and for all others similarly situated,

    Plaintiffs,

SILVER AIRWAYS CORP., a foreign profit
corporation, and VICTORY PARK CAPITAL
ADVISORS, LLC, a Delaware Limited Liability
Company,

    Defendants.
_____/

## DEFENDANT VICTORY PARK CAPITAL ADVISORS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Victory Park Capital Advisors, LLC, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 7.1 and this Court's Order dated May 5, 2015, [DE 17], and as a supplement to the Corporate Disclosure Statement filed on March 9, 2015, [DE 13], states as follows:

1.    There are no parent corporations or any publicly held corporations that owns 10% or more of any stock in Victory Park Capital Advisors, LLC.

2.    The following is a list of persons, associated persons, firms, partnerships, and corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a.  Silver Airways Corp. (Board members: Matthew Ray, Richard Levy, Charlie Asfour, Thomas Allison, and Sami Teittinen)

#4230204 v1

b. Victory Park Capital Advisors, LLC (including it managed funds -- Victory Park Credit Opportunities, LP, Victory Park Credit Opportunities Intermediate Fund, LP, VPC Fund II, LP, and VPC Intermediate Fund II (Cayman), LP)

c. Andrew L. Rodman, Esq. (Counsel for Defendants)

d. Robert S. Turk, Esq. (Counsel for Defendants)

e. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (Counsel for Defendants)

f. Shawn L. Birken, Esq. (Counsel for Plaintiffs and opt-ins)

g. Law Offices of Shawn L. Birken, P.A. (Counsel for Plaintiffs and opt-ins)

h. Anthony Falcone (Plaintiff)

i. Sandhia Clarke (Plaintiff)

j. Renald Seraphin (Plaintiff)

k. Eneider E. Moreno (Plaintiff)

l. Hilmar Manuel Ramos Padilla (Plaintiff)

m. Patricia Small (Plaintiff)

n. Robert Jean (Plaintiff)

o. Natasha Smith (Plaintiff)

p. Rosa Morales (Plaintiff)

q. Oscarina Garcia Llamas (Plaintiff)

r. Lisbeth Sanchez (Plaintiff)

s. Linda Spence (Plaintiff)

t. Michael Burke (Plaintiff)

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
*Attorneys for Defendants*
150 W. Flagler Street
Museum Tower, Suite 2200
Miami, FL 33130
Telephone: 305.789.3200
Facsimile: 305.789.3395

s/Andrew L. Rodman
ANDREW L. RODMAN
Florida Bar No. 0192198
arodman@stearnsweaver.com
ROBERT S. TURK
Florida Bar No. 261343
rturk@stearnsweaver.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

s/Andrew L. Rodman
ANDREW L. RODMAN, ESQ.

**SERVICE LIST**

*Anthony Falcone, et al. v. Silver Airways Corp., et al.*
CASE NO. 0:15-cv-60146-DPG
United States District Court, Southern District of Florida

Shawn L. Birken, Esq.
Florida Bar No.: 418765
Email: sbirken@birken-law.com
LAW OFFICES OF SHAWN L. BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, FL  33394
Tel: (954) 990-4459
Fax: (954) 990-4469
*Attorneys for Plaintiffs*
*Service via CM/ECF*